United States District Court
Northern District of California

# DOCUMENT LOCATOR

Case Number:    **CV-08-1929 PJH**

Date Filed:    **4-28-08**

**Document:**

\_\_\_    Reporter's Transcript:

\_\_\_\_    Trial Exhibits:

\_\_\_\_    Lodged Documents:

\_\_\_\_    Sealed Documents

\_\_\_\_    Declaration:

\_\_**X**\_    Other:    **EXHIBITS A-QQ**

**Location:**

\_**X**\_\_    Expando (Next to Case File)

\_\_\_\_    Overflow Shelf:

\_\_\_\_    Vault

\_\_\_\_    Other:

# Document Number:    **10**