UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARTIN RESENDEZ GUAJARDO,

    Plaintiff,

    v.

MICHAEL B. MUKASEY, et al.,

    Defendants.
_____/

No. C 08-1929 PJH

**JUDGMENT**

This matter having been fully considered, and the court having granted defendants' motion to dismiss the complaint as moot,

It is Ordered and Adjudged

that plaintiff Martin Resendez Guajardo take nothing, and that the action be dismissed.

Dated: May 28, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MARTIN R GUAJARDO,

        Plaintiff,

  v.

MICHAEL B MUKASEY et al,

        Defendant.

Case Number: CV08-01929 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 28, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Martin Resendez Guajardo
555 Clay Street
San Francisco, CA 94111

Dated: May 28, 2008

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk